AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 05-CV-734

Wayne Anthony Drummond

v.

Charles Mule, Director, Immigration and Custom Enforcement

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition is dismissed without prejudice to it being re-filed in the Second Circuit Court of Appeals and the request for a stay of removal is denied without prejudice to it being re-filed in the Second Circuit Court of Appeals.  Further, leave to appeal as a poor person is denied.

Date: November 4, 2005                                                    RODNEY C. EARLY,
                                                                                              CLERK

                                                                         By:     s/Deborah M. Zeeb
                                                                                       Deputy Clerk